**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1361 DDA/RLE**

| | |
|---|---|
| Deborah Puchalla<br><br>Plaintiff,<br>vs.<br><br>Collection Bureau of Little Falls, Inc.<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the above captioned parties and their respective attorneys, that the above-entitled action against the Defendant, Collection Bureau of Little Falls, Inc. shall be and hereby is dismissed, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), with prejudice, without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

Dated: 1/26/2001

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By: ______________________
Michael A. Klutho
Attorney for Defendant
Attorney I.D. # 186302
3550 Multifoods Tower
33 S. Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-3000

Dated: 1/31/01

FEB 13 2001

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff's action against the Defendant is hereby Dismissed With Prejudice on the merits, without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 2-13-01

Michael J. Davis

Honorable Judge
United States District Court